**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In re:

| | |
|---|---|
| Carrie Louise Brown, | Case No. 20-20770 |
| Debtor | Ch. 7 |

Capital One Auto Finance, a
division of Capital One, N.A.,

Movant

Carrie Louise Brown,
Connie S Graybill
Patricia E Hamilton, Trustee

Respondents

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Now Comes Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), by its counsel, Evan Moscov, and for its Motion for Relief from the Automatic Stay with respect to a 2019 Chevrolet Cruze LS Hatchback 4D motor vehicle with a VIN of 3G1BC6SM5KS601086 ("the Vehicle"), states as follows:

1. Carrie Louise Brown and Connie S. Graybill ("Co-Debtor") entered into a Retail Installment Contract with respect to the Vehicle. A copy of the Contract is attached hereto as Exhibit A.
2. Movant's security interest in the Vehicle has been perfected. A copy of the Evidence of the Perfection is attached hereto as Exhibit B.
3. Debtor has filed a Chapter 7 voluntary bankruptcy petition.
4. Debtor has defaulted on the Contract. Indeed, there is a delinquency of $2,796.60 as of 10/4/2020.
5. There is no equity in the Vehicle as its estimated market value is $15,040.00 while the amount of the secured proof of claim is $23,391.02. A copy of the KBB Vehicle Valuation is attached hereto as Exhibit C.

6. As a result of the foregoing, cause exists to modify the automatic stay and waive the application of the Federal Rule of Bankruptcy Procedure 4001(a)(3) fourteen day stay.

   WHEREFORE Capital One Auto Finance, a division of Capital One, N.A., prays for the entry of an order modifying the automatic stay with respect to a 2019 Chevrolet Cruze LS Hatchback 4D motor vehicle with a VIN of 3G1BC6SM5KS601086 and waiving the application of Federal Rule of Bankruptcy Procedure 4001(a)(3) fourteen day stay.

/s/ Evan L. Moscov
Evan L. Moscov Bar ID: 78508
325 Washington St., Ste. 303
Waukegan, IL 60085
Phone: 312-969-1977
Email: evan.moscov@moscovlaw.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that he caused a copy of the foregoing to be sent to the Debtor and Co-Debtor via U.S. Mail, postage pre-paid and to Debtor's counsel, the Chapter 7 Trustee and U.S. Trustee via CM/ECF on 10.31.20.

Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

Patricia E Hamilton
Stevens and Brand, LLP
4848 SW 21st St, Ste 201
Topeka, KS 66604

Carrie Louise Brown
321 N Olathe View Road
Olathe, KS 66061

Ryan M. Callahan
Callahan Law Firm LLC
222 W. Gregory Blvd.
Suite 210
Kansas City, MO 64114

Connie S Graybill
319 N Olathe View Rd
Olathe, KS 66061

/s/ Evan L. Moscov
Evan L. Moscov

LAW 553-KS-eps-14 6/16 Ex. A

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number ______ Contract Number ______

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CARRIE LOUISE BROWN<br>321 N OLATHE VIEW RD<br>OLATHE KS<br>660615030 JOHNSON | CONNIE S GRAYBILL<br>319 N OLATHE VIEW RD<br>OLATHE KS<br>660615030 | MCCARTHY CHEVROLET INC<br>675 N. RAWHIDE<br>OLATHE KS<br>66061 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2019 | CHEVROLET CRUZE HATCH | 54 | 3G1BC6SM5KS601086 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 14.44 % | $ 12679.96 | $ 25176.92 | $ 37856.88 | $ 37856.88 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 525.79 | Monthly beginning 07/31/2019 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of the part of the payment that is late. If the vehicle is primarily for personal, family, or household use, the maximum charge for each late payment will be $25.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**APPLICABLE LAW**
Federal law and Kansas law apply to this contract. This contract shall be subject to the provisions of the Kansas Uniform Consumer Credit Code (including Article 2, Parts 2 and 5) unless you are a corporation or the vehicle is purchased primarily for business or agricultural use.

**Returned Check Charge:** If any check you give us is dishonored, you will pay a charge of $30 if we demand that you do so.

**WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. It only applies if you are an organization.
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

**NO COOLING OFF PERIOD**
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

Buyer Initials X [initials] Co-Buyer Initials X [initials]

ORIGINAL LIENHOLDER

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay what you owe at once after we give you any notice the law requires. Default means:
   - You do not pay any payment on time; or
   - You give false, incomplete, or misleading information on a credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral. We bear the burden of establishing the prospect of significant impairment.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including court costs, attorney fees and collection agency fees, but you will not have to pay both attorney fees and collection agency fees. Collection costs will not include costs incurred by our salaried employees and will not exceed 15% of the amount you owe.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle. We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

Case 20-20770 Doc# 27 Filed 10/31/20 Page 5 of 12

Buyer Initials X ______ Co-Buyer Initials X ______

ORIGINAL LIENHOLDER

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ 944.37 sales tax) $ 19144.37 (1)

2 Total Downpayment =

Trade-In 2013 DODGE CHALLENGER (Year) (Make) (Model)

Gross Trade-In Allowance $ 12500.00

Less Pay Off Made By Seller $ 16367.05

Equals Net Trade In $ -3867.05

+ Cash $ 3000.00

+ Other N/A $ N/A

(If total downpayment is negative, enter "0" and see 4I below) $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 19144.37 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

Life $ N/A

Disability $ N/A $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies $ N/A

D Optional Gap Contract $ 895.00

E Official Fees Paid to Government Agencies

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

F Government Taxes Not Included in Cash Price $ N/A

G Government License and/or Registration Fees

LICENSE$2.50/TIRE TAX$1.00 $ 3.50

H Government Certificate of Title Fees $ N/A

I Other Charges (Seller must identify who is paid and describe purpose.)

to CAPITAL ONE AUTO for Prior Credit or Lease Balance $ 867.05

to GLOBAL VSC for NEW VSC - EXCLUSIO $ 3668.00

to MCCARTHY CHEVROLE for ADMIN FEE $ 599.00

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

to N/A for N/A $ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf $ 6032.55 (4)

5 Amount Financed (3 + 4) $ 25176.92 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos. OLD REPUBLIC GAP
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X [signature] [signature]

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1 of this contract.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ N/A

Credit Disability $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance or credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A — Type of Insurance; N/A — Term

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

☐ N/A — Type of Insurance; N/A — Term

Premium $ N/A

Insurance Company Name N/A

Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A — Buyer Signature; N/A — Date

X N/A — Co-Buyer Signature; N/A — Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**NOTICE TO CONSUMER. 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X [signature] Date 06/26/19 Co-Buyer Signs X [signature] Date 06/26/19

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

Seller signs MCCARTHY CHEVROLET, INC Date 06/26/19 By X [signature] Title

Seller assigns its interest in this contract to CAPITAL ONE AUTO FINANCE (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse XX Assigned without recourse ☐ Assigned with limited recourse

MCCARTHY CHEVROLET INC
Seller By Title

Case 20-20770 Doc# 27 Filed 10/31/20 Page 6 of 12

LAW FORM NO. 553-KS-eps-14 (REV. 6/16) U.S. PATENT NO. D460,782
©2016 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

LAW 553-KS-eps-14 6/16 v1 Page 3 of 3

dealertrack

title management system

Ex. B

Search Work Queues Reports Utilities User Setup

Home Help Resources Contact Log out

Perfected

Account Name Discrepancy    Has Work Items

## Account

Actions

**LOAN**

VIN/HIN: **3G1BC6SM5KS601086** Status: **Perfected (PT)** Titling State: **KS** Year: **2019**
Account: [redacted] Loan: [redacted] LoanSuffix: [redacted] Branch: [redacted] Make: **CHEV CRUZ** Model: **E**

### Overview

Primary customer: **BROWN, CARRIE L**
Secondary customer: **GRAYBILL, CONNIE**
Home phone: [redacted]
Address: **321 N OLATHE VIEW RD OLATHE, KS 660615030**
Alert when perfected: Client CMS
Originator: **PLA**
App. ID: [redacted]
User Defined 3:
Lienholder Status Code:
Business Unit:
Dealer ID/Name: [redacted] /**MCCARTHY CHEVROLET**

Recovery type:
Recovery Status date:
Amount Financed: **25176.92**
Financed date: **06/28/2019**
Booked date: **06/28/2019**
Expected payoff date: **06/30/2025**
Payoff date:
Perfected date: **9/14/2019**
Loan Balance
State: **KS**
Account subtype: Loan (F)
Expected Contract Type:

### Customers

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Edit | 1 | | BROWN, CARRIE L | PERSON | [redacted] | | 321 N OLATHE VIEW RD OLATHEKS660615030 | Delete |
| Edit | 2 | | GRAYBILL, CONNIE | PERSON | | | | Delete |

### Property

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3G1BC6SM5KS601086 | CHEV CRUZ | E | 2019 | | | | | | VEH |

### Dealer Info

ID: [redacted]
Name: **MCCARTHY CHEVROLET**
Address: **675 N RAWHIDE RD OLATHE, KS 66061**
Phone: [redacted]
Fax: [redacted]
EMail:

Type: **DEALER**
Status: **ACTIVE**
Dealership:
Contact Name: **GREG KURZ**
Contact Phone: [redacted]
Note:

### Lien Filing

### Release

### Duplicate Title

Request Date: Action Date:
Status: Last Worked By:
State: Required State Forms:
Reason Requesting Dept:
Operations Code: Billable:

### Follow Up

Status: Completed - 9/14/2019

| | | | | |
|---|---|---|---|---|
| Inquiry | 9/11/2019 | 9/14/2019 | Completed | Vanessa Phan (CMS) |
| ~~Dealer Multi VIN Letter 1~~ | ~~9/16/2019~~ | - | ~~Cancelled~~ | ~~Vanessa Phan (CMS)~~ |
| ~~Fail Safe EEE~~ | ~~9/27/2019~~ | - | ~~Cancelled~~ | ~~Vanessa Phan (CMS)~~ |

Client Activities

**Direct Lending Services**

**Additional Documents**

Additional Documents do not exist for this account

**Obsolete Docs**

Title

Actions

**Positive Inquiry-Held by CMS**

**Perfecting**

VIN/HIN: **3G1BC6SM5KS601086** State: **KS** Title Number: **doc num**

Year: Make/Builder: Model:

**Overview**

Owner(s): **CARRIE LOUISE BROWN**
Lienholder: **CAPITAL ONE AUTO FINANCE**
Match Type: **AUTOMATIC**
Match Date: **9/14/2019**
Issuance Date:
Imported Date: **9/14/2019**

Closed Date:
Closed Reason:
Document Location:

**Owners**

**Property**

**Liens**

| | | | |
|---|---|---|---|
| **CAPITAL ONE AUTO FINANCE** | | | |

Add Second Lien

**Title Maint**

Inquiry Results

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/19 | Positive | CAPITAL ONE AUTO FINANCE | CARRIE LOUISE BROWN | | | | | | | | | | **3G1BC6SM5KS601086** |

Notes (Date/Time stamps in this section reflect Pacific Time)

Add Note

**Notes**

◉ Show All ○ Show User Notes Only ○ Show Activity History Only

| | | | | |
|---|---|---|---|---|
| 07/06/2020 07:56 AM | Jennifer Joseph | GUI | Add User Note | DLP-WORKING EMAIL AUTOLIEN FROM coafinternalbkteam@capitalone.com Jun 30, 2020, 12:23 PM Do we have Title and Registration Receipt for this acct, also if this isn't something your dept handles can you advise me who may be able to help. CALLED THE DEALER MCCARTHY CHEVROLET AT [redacted] READ CMR TO ALL PARTIES SPOKE TO KATY REQ TC XFER RECEPTIONIST THEN XFER TO TC MEGAN ADV 6-VIN ADV NEED PROOF OF REG SENT TO coafinternalbkteam@capitalone.com -TC ADV SHE WILL SEND A REG RECEIPT OVER |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Identify Discrepancy | Name Discrepancy work item added. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | Client Export | Send Upload File | Sent upload file to Lender. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Modify Request | Modified Inquiry Request . State=KS. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Create Title | Logged Positive Inquiry result. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Close Follow-up | Closed follow-up for initial receipt of ownership document. Account is now perfected. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Cancel Follow-up Activity | Cancelled the scheduled follow-up fail safe eee. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Cancel Follow-up Activity | Cancelled the scheduled follow-up dealer multi vin letter series. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Perfect Account w/ Discrepancies | Account and Document were manually matched and have discrepancies. |
| 09/14/2019 08:30 AM | Vanessa Phan (CMS) | GUI | Change Request Status | Inquiry Request status changed to 'Completed'. State=KS. Results=Positive. |
| 09/12/2019 06:12 AM | Vanessa Phan (CMS) | GUI | Modify Request | Modified Inquiry Request . State=KS. |
| 09/12/2019 06:12 AM | Vanessa Phan (CMS) | GUI | Add User Note | Check Number: [none] |
| 09/12/2019 06:12 AM | Vanessa Phan (CMS) | GUI | Change Request Status | Inquiry Request status changed to 'Submitted to State'. State=KS. Waiting on state response. |

| | | | | |
|---|---|---|---|---|
| 09/11/2019 10:23 PM | System | Follow Up | Initiate Request | Initiated Inquiry Request . State=KS. |
| 09/11/2019 10:23 PM | System | GUI | Initiate Request | Initiated Inquiry Request . State=KS. |
| 09/11/2019 10:19 PM | System | Follow Up | Initiate Request | Initiated Follow Up Request . |
| 07/01/2019 05:09 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**

Discrepancies
(Requires "RESOLVE_DISCREPANCY_WORK_ITEMS" privilege.)

| | | |
|---|---|---|
| | | Name Discrepancy |

10/5/2020 2019 Chevrolet Cruze LS Hatchback 4D Trade In Values | Kelley Blue Book

Ex. C

Home / What's My Car Worth / Category & Style / Options & Condition / LS Hatchback 4D

Advertisement

My Car's Value
**2019 Chevrolet Cruze**
**LS Hatchback 4D**
near **Kansas City, KS 66101**
Mileage: **18,804**
Edit Options
**4.1** (44 Ratings) Write a review

Print

Recalls: **1 Recall Found**
Is my car affected?

Repair Estimator: **See pricing**
What's a fair price?

## Compare Your Values

Use these values to help make a confident decision on whether to sell, trade or donate your car.

Instant Cash Offer | Trade-in | **Private Party** | Donate Your Car

Private Party Range
**$14,106 - $15,973**
Private Party Value
**$15,040**

KELLEY
BLUE BOOK
OFFICIAL GUIDE

Important info & definitions

**Popular Now** 10 Best Car Deals in April 202...

https://www.kbb.com/chevrolet/cruze/2019/ls-hatchback-4d/?condition=good&intent=trade-in-sell&mileage=18804&modalview=false&options=851727…

Valid for ZIP Code **66101** through **10/05/2020**

**4.1** (44 Ratings)
Write a review

## See How Others Price Your Car

Set a competitive price when you know what others are asking.

## Place an Ad

Reach serious car shoppers on both KBB.com and Autotrader.

| Basic | Featured | Premium |
|---|---|---|
| **$25.00** | **$50.00** | **$90.00** |

**Get Started**

## Dealer Home Services: We Come To You

Video Walkaround

Test Drive at Home

Local Home Delivery

**Popular Now** 10 Best Car Deals in April 202...

## Maintenance from Your Door

Need maintenance or repair on your current car? A dealer will pick up your vehicle, perform repairs or maintenance services and bring it back to you. It delivers peace of mind and keeps your car running its best.

# New Car Price Quote

2019 Chevrolet Cruze
L
Change Vehicle

### Get the best deal on a new car!

Compare prices from three local dealers.  Change ZIP Code

**Van Chevrolet Cadillac - MO**
100 North West Vivion
Kansas City, MO 64108
5 miles away

**Van Chevrolet Cadillac**
100 Nw Vivion Rd
Kansas City, MO 64118
7 miles away

**Hendrick Chevrolet of Shawnee Mission**
8300 SHAWNEE MISSION PKWY
Merriam, KS 66202
7 miles away

**1**  2  3  4  5   >

**Get My Free Quotes**

## Featured Partners

### Give Buyers Confidence
Show them a clean AutoCheck vehicle history report.

Get Your Report →

### Pre-qualify for Auto Financing
Pre-qualify for an auto loan with no impact to your credit score.

Get Started →

### Shopping for Auto Insurance?
Get great car insurance that is also a great value from State Farm.

Get Free Quote →

**Popular Now** 10 Best Car Deals in April 202...