# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS

In re: )
        Carrie Louise Brown, )
) Case No. 20-20770
                      Debtor. )

## RESPONSE TO MOTION FOR RELIEF FROM STAY

Debtor, for her Response to Motion for Relief from Stay filed by creditor Capital One Auto Finance states the following:

1. On October 31, 2020, Capital One Auto Finance filed a Motion for Relief from Automatic Stay regarding the 2019 Chevrolet Cruze Hatchback 4D.

2. Debtor is in the process of bringing the loan current and believes she can cure any arrearage very soon.

WHEREFORE, Debtor requests this Honorable Court to deny Creditor's Motion for Relief from Stay, and for such other and further relief as this Court deems just and proper.

Date: November 23, 2020        /s/ Ryan M. Callahan
                                          Ryan M. Callahan, KS 25363
                                          Callahan Law Firm
                                          222 W. Gregory Blvd, Ste. 210
                                          Kansas City, MO 64114
                                          (816) 822-4041
                                          ryan@callahanlawkc.com
                                          *Attorney for Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all appropriate parties electronically by the U.S. Bankruptcy Court's ECF System on this 23rd day of November, 2020.

Evan L. Moscov
325 Washington St., Ste 303
Waukegan, IL 60085
ATTORNEY FOR CREDITOR

                                                              /s/Ryan M. Callahan
                                                              Ryan M. Callahan