**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 24th day of February, 2021.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Carrie Louise Brown, ) | Case No. 20-20770 |
| ) | Chapter 7 |
| Debtor ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

Capital One Auto Finance, a division of Capital One, N.A., by its attorney, Evan Lincoln Moscov, and Carrie Louise Brown, by her attorney, Ryan M. Callahan, stipulate as follows:

1. The automatic stay that is currently in place with respect to a 2019 Chevrolet Cruze LS Hatchback 4D motor vehicle with a VIN of 3G1BC6SM5KS601086 ("the Vehicle") shall remain in place through March 13, 2021.

2. If on March 14, 2021, there are any arrears on the Retail Installment Sale Contract with respect to the Vehicle, the automatic stay with respect to the Vehicle shall lift immediately without further Court order and the application of the 14 day stay pursuant Federal Rule of Bankruptcy Procedure 4001(a)(3) shall be waived.

3. If Debtor converts this case to another chapter pursuant to the Code or if the instant matter is dismissed, this agreement shall be null and void.

In the United States Bankruptcy Court for the District of Kansas
IN RE: Carrie Louise Brown
    Bankruptcy Case 20-20770
    Agreed Order Resolving Motion for Relief from Stay
Page 2

/s/ Evan L. Moscov
Evan Lincoln Moscov
Kansas Federal Bar Number 78508
325 Washington Street, Suite 303
Waukegan, IL  60085
312.969.1977
evan.moscov@moscovlaw.com
*Attorney for Capital One Auto Finance, a division of Capital One, N.A.*

/s/ Ryan M. Callahan

Ryan M. Callahan
Callahan Law Firm LLC
222 W. Gregory Blvd.
Suite 210
Kansas City, MO 64114
Attorney for Debtor